UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICTOF FLORIDA

IN RE:                                                                    Case No.: 15-24948-LMI
                                                                          Chapter 13
LUIS PEREZ
SSN: XXX-XX-8885

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** LUIS PEREZ, (the "Debtor') by and through the undersigned counsel and pursuant to 11 U.S.C. § 1127(b) hereby file this Motion to Modify Chapter 13 Plan and in support thereof states:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on August 18, 2015.

2. Debtor's Fifth Modified Plan was confirmed by Order of this Court on September 18, 2018 [DE 62].

3. On December 27, 2018, the Trustee filed a Notice of Delinquency [DE 63] instructing the Debtor to become current by a specified date.

4. As such, the Debtor would like to modify his plan in order to become current with his Chapter 13 Plan.

5. The Debtor seeks this modification in good faith and submits that no parties in interest will be prejudiced by the requested relief.

**WHEREFORE**, the Debtor respectfully requests that this court enter an order granting and approving the modification of debtor's Chapter 13 Plan and any other relief this Court deems just.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan was sent via CM/ECF to all parties eligible to receive electronic notice and via regular U.S. Mail to all parties on the attached matrix on this 16th day of January 2019.

        **MARRERO, MARCER, CHAMIZO, LAW L.P.**
        Attorneys for Debtors
        3850 Bird Road, Suite 1001
        Coral Gables, FL  33146
        Tel: (786) 431-2770
        Fax: (305) 444-5538
        E-mail: bankruptcy@marrerolawfirm.com

By: /s/ Julio c. Marrero
    Julio C. Marrero, Esq.
    FBN: 784664